UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE


NATHAN HOLT,

    Petitioner,

v.                                          2:02-cr-032
                                              2:08-cv-186


UNITED STATES OF AMERICA,

    Respondent.


## MEMORANDUM AND ORDER

      Defendant Nathan Holt filed, in the Sixth Circuit Court of Appeals, a motion for an order authorizing the district court to consider a second or successive motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255. He sent a copy of that motion to this court, which the Clerk's Office mistakenly docketed as a new § 2255 motion with a new civil case number. Accordingly, the new § 2255 motion is **DENIED WITHOUT PREJUDICE** and Civil Action No. 2:08-cv-186 is **DISMISSED**.

      **ENTER:**

                                                                 s/ Leon Jordan
                                                United States District Judge